Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAVEN PICCIANO,

                Plaintiff(s),

    v.

CLARK COUNTY, *et al.*,

                Defendant(s).

No. 3:20-cv-06106-RAJ

ORDER SETTING TRIAL
DATE AND RELATED
DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **FEBRUARY 22, 2022** |
| Length of Trial | 7 days |
| Deadline for Joining Additional Parties | April 5, 2021 |
| Deadline to File Amended Pleadings | August 26, 2021 |
| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | August 26, 2021 |
| Deadline to Complete Discovery | October 29, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR7(d)(3) | |
| All dispositive motions and motions challenging expert witness testimony must be filed by | November 24, 2021 |

| | |
|---|---|
| All motions *in limine* must be filed by | January 25, 2022 |
| Agreed Pretrial Order due | February 8, 2022 |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | February 15, 2022 |

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown.**  If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Victoria Ericksen, Courtroom Deputy, by email at victoria_ericksen@wawd.uscourts.gov within 10 days of the date of this Order and must set forth the exact nature of the conflict.  A failure to do so will be deemed a waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Counsel are directed to review Judge Jones' Chambers Procedures at http://www.wawd.uscourts.gov/judges/jones-procedures and are expected to abide by the requirements set forth therein.  Failure to do so may result in the imposition of sanctions.

## ALTERATIONS TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court.  Pro se litigants may file either electronically or in paper form.  Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alteration to the Filing Procedures applies in all cases pending before Judge Jones:

**Mandatory chambers copies are required for <u>all</u> e-filed motions, responses, replies, and surreplies, and <u>all</u> supporting documentation relating to motions, regardless of page length.**

The  paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."  The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options."  This requirement does not apply to pleadings filed under seal.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement, if possible.  Counsel and the parties are further directed to cooperate in preparing the final Pretrial Order in the format required by LCR 16.1.

## SETTLEMENT

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at victoria_ericksen@wawd.uscourts.gov.  An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED:    January 6, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING TRIAL DATE
AND RELATED DATES – 3