IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT WASHINGTON
AT SEATTLE

GAVEN PICCIANO,

Plaintiff,

vs.

CLARK COUNTY, CLARK COUNTY
JAIL,WELLPATH, LLC, and NAPHCARE,
INC.

Defendants.

**NO. 3:20-cv-06106-RAJ**

**JOINT MOTION FOR STAY**

The parties jointly move this Court for a stay on discovery until such time as the Court rules on Defendant Wellpath, LLC's pending Motion to Dismiss. In support thereof the parties state as follows:

1) On January 6, 2021, the Court entered a Scheduling Order in this matter at Docket 18.

2) After discovery commenced, Plaintiff discovered that at the time Plaintiff entered Clark County Jail, and for the first few days thereafter, Wellpath, LLC was the entity under contract with Defendant Clark County to provide medical services at Clark County Jail. Thereafter, Defendant NaphCare, Inc. took over provision of medical services at Clark County Jail.

3) Therefore, on April 5, 2021, Plaintiff filed an Unopposed Motion to Join Wellpath, LLC as a Defendant in this matter.

Joint Motion for Stay of Discovery
**Page 1 of 4**
3:20-cv-06106-RAJ

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

4)  The Court granted Plaintiff's Motion to Join Wellpath, LLC as a Defendant [Dckt. 26] and on April 8, 2021, the Plaintiff filed his First Amended Complaint [Dckt. 27] to name Wellpath, LLC as an additional defendant in this matter.

5)  The parties postponed previously scheduled depositions to allow an opportunity for Defendant Wellpath, LLC to appear in the case and so that Wellpath, LLC could participate in any depositions in this matter.

6)  On May 3, 2021, Defendant Wellpath, LLC filed a Motion to Dismiss. Plaintiff timely filed a brief in opposition, and Defendant Wellpath, LLC timely filed a reply. The matter was fully briefed as of June 4, 2021.

7)  Until such time as the Court rules on the Motion to Dismiss, the parties cannot proceed with discovery.

Therefore, for good cause stated, the parties jointly request that all deadlines be stayed until such time as the Court rules on the pending Motion to Dismiss. The parties propose that within ten days after the Court enters an Order on Defendant Wellpath, LLC's Motion to Dismiss, the parties jointly submit a revised proposed Scheduling Order.

DATED THIS 15th day of June, 2021.

By:

/s/ *Conrad Reynoldson*
Conrad Reynoldson, WSBA #48187
Marielle Maxwell, WSBA #54957
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 876-8515
conrad@wacda.com

Joint Motion for Stay of Discovery
**Page 2 of 4**
3:20-cv-06106-RAJ

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

Mary C. Vargas, *Pro Hac Vice*
Michael Stein, *Pro Hac Vice*
STEIN & VARGAS, LLP
10 G Street NE, Suite 600
Washington, DC 20002
Mary.Vargas@steinvargas.com
Telephone:240-793-3185
Facsimile: 888-778-4620

**Attorneys for Gaven Picciano**

John E. Justice, WSBA #23042
LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.
2674 R.W. Johnson Road
Tumwater, WA 98512
P.O. Box 11880
Olympia, WA 98508
Tel: 360. 754. 3480
jjustice@lldkb.com

**Attorney for Defendants Clark County Jail and Clark County**

Amy Craft
Ketia Wick
FAVROS
701 Fifth Ave., Suite 4750
Seattle, Washington 98104
Tel: 206-515-2151
amy@favros.com

**Attorneys for Defendant NaphCare, Inc.**

Aryn Seiler
LEWIS BRISBOIS
888 SW Fifth Avenue, Suite 900
Portland, OR 97204

**Attorney for Defendant Wellpath, LLC**

Joint Motion for Stay of Discovery
**Page 3 of 4**
3:20-cv-06106-RAJ

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

1 <u>**CERTIFICATE OF SERVICE**</u>

2     The foregoing was served via the Court's ECF system on June 15, 2021, on the
following:

3

    John E. Justice, WSBA #23042
4     LAW, LYMAN, DANIEL, KAMERRER
    & BOGDANOVICH, P.S.
5     2674 R.W. Johnson Road
    Tumwater, WA 98512
6     P.O. Box 11880
    Olympia, WA 98508
7     Tel: 360. 754. 3480
    jjustice@lldkb.com
8     **Attorney for Defendants Clark County Jail and Clark County**

9     Amy Craft
    Ketia Wick
10     FAVROS
    701 Fifth Ave., Suite 4750
11     Seattle, Washington 98104
    Tel: 206-515-2151
12     amy@favros.com
    **Attorneys for Defendant NaphCare, Inc.**

13

    Aryn Seiler
14     LEWIS BRISBOIS
    888 SW Fifth Avenue
15     Suite 900
    Portland, OR 97204
16     **Attorney for Defendant Wellpath, LLC**

17

    *s/Marielle Maxwell*
18     Marielle Maxwell

19

20

21

22

23

Joint Motion for Stay of Discovery
**Page 4 of 4**
3:20-cv-06106-RAJ

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172