Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAVEN PICCIANO,

          Plaintiff,

  vs.

CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC.

          Defendants.

NO. 3:20-cv-06106-RAJ

MINUTE ORDER ON JOINT MOTION FOR STAY

    The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

    THIS MATTER comes before the Court upon the parties' Joint Motion for Stay and Extension of Deadlines. Dkt. # 38. Having considered the motion, and the files and pleadings herein, the Court GRANTS IN PART and DENIES IN PART the Joint Motion. The Court declines to stay this matter and instead VACATES the trial date and all remaining pretrial deadlines until such time as the Court rules on the pending Motion to Dismiss. After the Court enters an order on Defendant Wellpath, LLC's Motion to Dismiss, the Court will seek input from the parties before entering a revised case scheduling order.

    DATED this 21st day of June, 2021.

                             WILLIAM M. McCOOL,
                             Clerk of the Court

                             */s/ Victoria Ericksen*
                             Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1