**THE HONORABLE DAVID G. ESTUDILLO**

**IN THE UNITED STATES DISTRIC COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| GAVEN PICCIANO,<br><br>                Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, CLARK COUNTY JAIL, and<br>NAPHCARE, INC.,<br><br>                Defendants. | NO.  3:20-CV-06106-DGE<br><br>**CLARK COUNTY DEFENDANTS'<br>FIRST AMENDED ANSWER TO<br>PLAINTIFF'S SECOND AMENDED<br>COMPLAINT** |

Defendants Clark County and Clark County Jail (hereinafter "Clark County Defendants") answer Plaintiff's Second Amended Complaint as follows:

Introduction.  Clark County Defendants admit the plaintiff was in custody at the Clark County Jail.  Clark County defendants are without knowledge or information sufficient to form a belief as to the truth of the first five sentences of this paragraph.  Clark County Defendants deny the remainder of said paragraph and that the plaintiff is entitled to the relief he seeks.

1.      Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

2.      Admit the first sentence.  Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations of this paragraph and therefore deny the same.

CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT  – 1

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

3.     Admit the first sentence.  Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations of this paragraph and therefore deny the same.

4.     Clark County Defendants neither admit nor deny as this paragraph makes no factual allegations against these defendants.

5.     Clark County Defendants admit it contracted with NaphCare to provide medical services in the Jail beginning February 1, 2020.  The remainder of this paragraph makes no factual allegations against these defendants and the remainder is neither admitted nor denied on that basis.

6.     Clark County Defendants object that this paragraph is argumentative, vague and calls for a legal conclusion and is denied on that basis.

7.     Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

8.     Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

9.     Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

10.    Admit.

11.    Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

12.    Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** – 2

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

13.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

14.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

15.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

16.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

17.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations of this paragraph and therefore deny the same.

18.     Admit.

19.     Admit.

20.     Clark County Defendants deny the same.

21.     Admit.

22.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

23.     Admit.

24.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

25.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT – 3

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

26.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

27.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

28.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

29.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

30.     Admit.

31.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

32.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

33.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

34.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

35.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

36.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

37.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** – 4

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

38.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

39.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

40.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

41.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

42.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

43.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

44.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

45.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

46.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

47.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

48.     Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** – 5

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1   49.    Clark County Defendants are without knowledge or information sufficient to form a

2   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

3   50.    Clark County Defendants are without knowledge or information sufficient to form a

4   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

5   51.    Clark County Defendants are without knowledge or information sufficient to form a

6
7   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

8   52.    Clark County Defendants are without knowledge or information sufficient to form a

9   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

10  53.    Clark County Defendants are without knowledge or information sufficient to form a

11  belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

12
13  54.    Clark County Defendants are without knowledge or information sufficient to form a

14  belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

15  55.    Admit.

16  56.    Clark County Defendants are without knowledge or information sufficient to form a

17  belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

18  57.    Clark County Defendants are without knowledge or information sufficient to form a

19  belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

20  58.    Clark County Defendants are without knowledge or information sufficient to form a

21  belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

22
23  59.    Clark County Defendants are without knowledge or information sufficient to form a

24  belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

25  60.    Clark County Defendants are without knowledge or information sufficient to form a

26  belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT** – 6

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    61.    Clark County Defendants are without knowledge or information sufficient to form a

2    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

3    62.    Clark County Defendants are without knowledge or information sufficient to form a

4    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

5    63.    Clark County Defendants are without knowledge or information sufficient to form a

6    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

7    64.    Clark County Defendants are without knowledge or information sufficient to form a

8    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

9    65.    Clark County Defendants are without knowledge or information sufficient to form a

10   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

11   66.    Clark County Defendants are without knowledge or information sufficient to form a

12   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

13   67.    Clark County Defendants are without knowledge or information sufficient to form a

14   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

15   68.    Clark County Defendants are without knowledge or information sufficient to form a

16   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

17   69.    Clark County Defendants are without knowledge or information sufficient to form a

18   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

19   70.    Clark County Defendants are without knowledge or information sufficient to form a

20   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

21   71.    Clark County Defendants are without knowledge or information sufficient to form a

22   belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT – 7**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

**Cause No.:  3:20-CV-06106-DGE**

1

72.    Clark County Defendants are without knowledge or information sufficient to form a

2    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

3

73.    Clark County Defendants are without knowledge or information sufficient to form a

4    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

5

74.    Clark County Defendants are without knowledge or information sufficient to form a

6

7    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

8    75.    Deny.

9    76.    Deny.

10    77.    Admit a tort claim was received on or about September 8, 2020.

11    78.    Clark County Defendants incorporate their responses to the preceding paragraphs.

12
79.    Clark County Defendants object that this paragraph calls for a legal conclusion and is

13
denied on that basis.

14

15    80.    Clark County Defendants object that this paragraph calls for a legal conclusion and is

16    denied on that basis.

17    81.    Clark County Defendants are without knowledge or information sufficient to form a

18    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

19    82.    Clark County Defendants are without knowledge or information sufficient to form a

20    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

21

22    83.    Clark County Defendants are without knowledge or information sufficient to form a

23    belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

24    84.    Clark County Defendants object that this paragraph calls for a legal conclusion and is

25    denied on that basis.

26    85.    Deny.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT  – 8**

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

86.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

87.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

88.    Deny.

89.    Deny.

90.    Deny.

91.    Clark County Defendants incorporate their responses to the preceding paragraphs.

92.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

93.    Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

94.    Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

95.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

96.    Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

97.    Deny.

98.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

99.    Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT  – 9**

**Cause No.:  3:20-CV-06106-DGE**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

100.    Deny.

101.    Deny.

102.    Clark County Defendants incorporate their responses to the preceding paragraphs.

103.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

104.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

105.    Deny.

106.    Deny.

107.    Clark County Defendants object that this paragraph is argumentative and is denied on that basis.

108.    Deny.

109.    Deny.

110.    Deny.

111.    Deny.

112.    Deny.

113.    Deny.

114.    Deny

115.    Clark County Defendants incorporate their responses to the preceding paragraphs.

116.    Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

117.    Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT – 10

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  118.   Clark County Defendants object that this paragraph calls for a legal conclusion and is

2  denied on that basis.

3  119.   Clark County Defendants object that this paragraph calls for a legal conclusion and is

4  denied on that basis.

5
   120.   Clark County Defendants object that this paragraph calls for a legal conclusion and is
6
   denied on that basis.
7

8  121.   Deny.

9  122.   Deny.

10  123.   Deny.

11  124.   Deny.

12
   125.   Deny.
13

14  126.   Clark County Defendants incorporate their responses to the preceding paragraphs.

15  127.   Admit.

16  128.   Deny.

17  129.   Deny.

18  130.   Deny.

19  131.   Clark County Defendants incorporate their responses to the preceding paragraphs.

20
   132.   Clark County Defendants object that this paragraph calls for a legal conclusion and is
21
   denied on that basis.
22

23  133.   Deny.

24  134.   Deny.

25  135.   Deny.

26  136.   Deny.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT** – 11

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1   137.   Deny.

2   138.   Deny.

3   139.   Clark County Defendants incorporate their responses to the preceding paragraphs.

4
    140.   Deny.
5
6   141.   Deny.

7   142.   Deny.

8   143.   Deny.

9   144.   Deny.

10  145.   Deny.

11  146.   Deny.

12  147.   Deny.

13
    148.   Deny.
14
15  149.   Deny.

16  150.   Clark County Defendants incorporate their responses to the preceding paragraphs.

17  151.   Deny.

18  152.   Deny.

19  153.   Deny.

20  154.   Deny.

21
22  155.   Clark County Defendants incorporate their responses to the preceding paragraphs.

23  156.   Deny.

24  157.   Deny.

25  158.   Deny.

26  159.   Deny.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT** – 12

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

160.   Deny.

161.   Deny.

162.   Deny.

163.   Deny.

164.   Deny.

165.   Deny.

166.   Deny.

167.   Clark County Defendants incorporate their responses to the preceding paragraphs.

168.   Deny.

169.   Deny.

170.   Deny.

171.   Deny.

172.   Deny.

173.   Deny.

174.   Deny.

175.   Clark County Defendants incorporate their responses to the preceding paragraphs.

176.   Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

177.   Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

178.   Deny.

179.   Clark County Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph and therefore deny the same.

**CLARK COUNTY DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** – 13

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

180.   Deny.

181.   Deny.

182.   Deny.

183.   Clark County Defendants incorporate their responses to the preceding paragraphs.

184.   Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

185.   Deny.

186.   Deny.

187.   Deny.

188.   Clark County Defendants incorporate their responses to the preceding paragraphs.

189.   Clark County Defendants object that this paragraph calls for a legal conclusion and is denied on that basis.

190.   Deny.

191.   Deny.

192.   Deny.

193.   Deny.

Clark County Defendants further deny plaintiff is entitled to the relief he seeks in his Prayer for Relief, lettered a. through g.

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Clark County defendants allege:

1.   That the plaintiff has failed to state a claim for which relief can be granted against one or more these defendants.

CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT – 14

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

2.     That the public duty doctrine and qualified and/or good faith immunity preclude plaintiffs' state law claims.

3.     That the plaintiff's comparative fault proximately caused his damages, if any.

4.     That the plaintiff failed to mitigate his damages, if any.

5.     That the plaintiff failed to exhaust applicable administrative remedies prior to filing suit.

6.     That the plaintiff's damages, if any, were caused by fault of parties not in the control of Clark County Defendants or non-parties not in the control of Clark County Defendants.

7.     That the plaintiff's damages, if any, were caused by a preexisting condition.

8.     That apportionment of fault under RCW 4.22 applies.

Clark County Defendants expressly reserve the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

WHEREFORE, Clark County Defendants pray as follows:

1.     That plaintiff's Complaint be dismissed with prejudice and that he take nothing by his Complaint and that Clark County Defendants be allowed their costs and reasonable attorneys' fees herein.

///

///

///

///

///

CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT  – 15

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    Dated this 8th day of February, 2022

2                                          LAW, LYMAN, DANIEL, KAMERRER
                                           & BOGDANOVICH, P.S.
3
                                           *s/ John E. Justice*
4                                          _____
5                                          John E. Justice, WSBA #23042
                                           Attorney for Defendant Clark County Jail and
6                                          Clark County

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CLARK COUNTY DEFENDANTS' FIRST AMENDED**
**ANSWER TO PLAINTIFF'S SECOND AMENDED**
**COMPLAINT  – 16**

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1

## CERTIFICATE OF FILING & SERVICE

2     I certify under penalty of perjury under the laws of the United States of America and the

3     State of Washington that on the date specified below, I electronically filed the foregoing with

4     the Clerk of the Court using the CM/ECF system, which constitutes service on the following

5     parties under LCR 5 as follows:

6
**Plaintiff's Attorneys:**
7

8     Conrad Reynoldson, WSBA #48187          Christina Dunbar, WSBA #50121  4115
      4115 Roosevelt Way NE, Suite B          4115 Roosevelt Way NE, Suite B
9     Seattle, WA 98105                        Seattle, WA 98105
      (206) 876-8515                           (206) 428-3172
10    conrad@wacda.com                         christina@wacda.com

11    Mary C. Vargas                          Marielle Jeanne Maxwell
      Michael Stein                           4115 Roosevelt Way NE, Suite B
12    STEIN & VARGAS, LLP                     Seattle, WA 98105
      10 G STREET NE, SUITE 600               (206) 428-3172
13    WASHINGTON, DC 20002                    marielle@wacda.com
      Mary.Vargas@steinvargas.com
14    Telephone:    240-793-3185
      Facsimile: 888-778-4620
15

16
**Naphcare, Inc.'s Attorneys:**            **Wellpath LLC's Attorneys:**
17

18    Ketia B. Wick, WSBA No. 27219          Bruce C. Smith
      Fain, Anderson, VanDerhoef,            888 SW 5th Ave. Ste 900
19    Rosehdahl, O'Halloran Spillane, PLLC   Portland, OR 97204
      701 Fifth Ave., Suite 4750             971-334-7023
      Seattle, Wa 98104                       bruce.smith@lewisbrisbois.com
20    (206) 749-0094
      ketia@favros.com                       Iain Armstrong
21                                            iain.armstrong@lewisbrisbois.com

22
      Dated this 8th day of February, 2022 at Tumwater, Washington.
23

24                          _s/ Tam Truong_
                               Tam Truong
25

26

**CLARK COUNTY DEFENDANTS' FIRST AMENDED
ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT** – 17

Cause No.:  3:20-CV-06106-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*