UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAVEN PICCIANO, | CASE NO. 3:20-cv-06106-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On May 23, 2022, the Court issued its Order on Defendant's Motion to Dismiss. (Dkt. No. 60.) Plaintiff moved for reconsideration on June 6, 2022. (Dkt. No. 61.) Defendants who wish to file a response to Plaintiff's Motion for Reconsideration must do so by **July 15, 2022**.

Dated this 1st day of July 2022.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1