The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GAVEN PICCIANO,

    Plaintiff,

v.

CLARK COUNTY, CLARK COUNTY JAIL ET AL,

    Defendants.

CASE NO. 3:20-cv-06106-DGE

ORDER GRANTING MOTION TO EXTEND CASE SCHEDULE DEADLINES

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Extend Discovery Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, it is hereby ORDERED that the Parties' Stipulated Motion to Extend Discovery Case Deadlines is GRANTED. The initial case schedule is amended as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| File amended pleadings | 02/09/2023 | 02/09/2023 |
| Disclose expert witnesses and reports under FRCP 26(a)(2) | 02/09/2023 | 04/10/2023 |
| Complete discovery | 04/07/2023 | 05/08/2023 |
| Note motions related to discovery on the motion calendar no later than the Friday before discovery closes pursuant to LCR7(d)(3) | 03/31/2023 | 05/31/2023 |
| File motions challenging expert witness testimony | 04/14/2023 | 06/09/2023 |
| File dispositive motions | 05/05/2023 | 30 days after an order on motions challenging expert witness testimony |
| File motions in limine | 06/02/2023 | Subject to scheduling conference after an order on dispositive motions |
| Agreed Pretrial Order due | 06/16/2023 | Subject to scheduling conference after an order on dispositive motions |
| File trial briefs, proposed jury instructions, proposed void dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | 06/30/2023 | Subject to scheduling conference after an order on dispositive motions |
| Pretrial conference | 07/07/2023 At 9:00 am | Subject to scheduling conference after an order on dispositive motions |
| JURY TRIAL DATE Length of Trial - 14 days | 7/17/2023 | Subject to scheduling conference after an order on dispositive motions |

IT IS SO ORDERED.

Dated this 6th day of February 2023.

ORDER GRANTING MOTION TO EXTEND CASE SCHEDULE DEADLINES

1
2
3  David G. Estudillo
   United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION TO EXTEND CASE SCHEDULE DEADLINES