THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAVEN PICCIANO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, AND NAPHCARE, INC.,<br><br>　　　　　Defendants. | No. 3:20-cv-06106-DGE<br><br>RE-NOTE OF DEFENDANT NAPHCARE, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS<br><br>NOTE ON MOTION CALENDAR: FRIDAY, JUNE 30, 2023<br><br>ORAL ARGUMENT REQUESTED |

RE-NOTE OF NAPHCARE'S MOTION FOR
PARTIAL JUDGMENT ON THE PLEADINGS
(No. 3:20-cv-06106-DGE)

162429397

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  TO: THE CLERK OF THE COURT

2  AND TO: ALL PARTIES

3  Please take notice that Defendant NaphCare, Inc. is re-noting its Motion for Partial Judgment on the Pleadings (Dkt. 083), and requests that the Court update the docket accordingly with the new noting date of June 30, 2023.

                        By: *s/ David A. Perez*
                             David A. Perez, Bar No. 43959
                             Zachary E. Davison, Bar No. 47873
                             Michelle L. Maley, Bar No. 51318
                             Mason Y. Ji, Bar No. 58292
                             **Perkins Coie LLP**
                             1201 Third Avenue, Suite 4900
                             Seattle, Washington 98101-3099
                             Telephone: +1.206.359.8000
                             Facsimile: +1.206.359.9000
                             DPerez@perkinscoie.com
                             ZDavison@perkinscoie.com
                             MMaley@perkinscoie.com
                             MJi@perkinscoie.com

                             *Attorneys for Defendant NaphCare, Inc.*

NAPHCARE'S MOTION FOR PARTIAL
JUDGMENT ON THE PLEADINGS – 1
(No. 3:20-cv-06106-DGE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162429397

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 8, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: June 8, 2023

        s/ Carla Bone
        Carla Bone, Legal Practice Assistant

CERTIFICATE OF SERVICE
(No. 3:20-cv-06106-DGE)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

162429397