The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAVEN PICCIANO,<br><br>   Plaintiff,<br><br>v.<br><br>CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC.,<br><br>   Defendants. | NO. 3:20-cv-06106-DGE<br><br>ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF (DKT. NO. 150) |

Upon consideration of Plaintiff's stipulated motion for leave to file an over-length brief, the Court hereby GRANTS the motion. Plaintiff is granted leave to file a 10,400 word Response to Defendants Clark County/Clark County Jail's Motion for Partial Summary Judgement and Memorandum in Support. Defendants Clark County/Clark County Jail are granted leave to file a 5,200 word Reply to Plaintiff's Response.

IT IS SO ORDERED.

DATED this 23rd day of April 2024.

David G. Estudillo
United States District Judge

Order Granting Plaintiff's Stipulated Motion for
Leave to File Over-Length Brief- 1
No. 3:20-cv-06106-DGE