UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAVEN PICCIANO,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:20-cv-06106-DGE<br><br>ORDER ON JOINT MOTION TO SEAL (DKT. NO. 152) |

　　　　This matter comes before the Court on the parties' joint motion to seal. (Dkt. No. 152.) The parties seek to seal security camera footage of Plaintiff Gaven Picciano's "Code Blue" collapse and the ensuing response, marked as Exhibit OO. (*Id.*)

　　　　A party seeking to seal must present "articulable facts" identifying the interests favoring secrecy, as well as "show that these specific interests overcame the presumption of access by outweighing the public interest in understanding the judicial process." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1181 (9th Cir. 2006) (internal citation and quotation marks omitted).

The parties indicate the Code Blue video "contains footage inside Clark County Jail that is highly sensitive in nature" and that it "contains images of Plaintiff that are highly sensitive in nature." (Dkt. No. 152 at 2.) The parties stipulate this video has a confidential designation under their stipulated protective order. (*Id*. at 1–2.)

The Court has reviewed the video, filed in person with the Clerk's office via flash drive. (Dkt. No. 153.) The Court agrees it contains vulnerable video and images of Plaintiff's collapse and subsequent medical treatment in Clark County Jail, which both he and the Jail have an interest in remaining private.

Accordingly, the Court GRANTS the motion to seal Exhibit OO. (Dkt. No. 152.) Plaintiff SHALL file a separate flash drive with all non-sealed exhibits located on the original flash drive—Exhibits MM and RR—with the Clerk's office by May 23, 2024.

Dated this 16th day of May 2024.

David G. Estudillo
United States District Judge