UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAVEN PICCIANO,<br><br>     Plaintiff,<br> v.<br><br>CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC.,<br><br>     Defendant. | CASE NO. 3:20-cv-06106-DGE<br><br>MINUTE ORDER ON RESPONSE TO MOTION FOR CONSIDERATION |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Pursuant to Local Civil Rule 7(h), Defendants are directed to respond by September 23, 2024, to Plaintiff's Motion for Reconsideration (Dkt. No. 171.) There will be no reply brief.

Dated this 9th day of September, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER ON RESPONSE TO MOTION FOR CONSIDERATION - 1