The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAVEN PICCIANO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC.,<br><br>　　　　　Defendants. | No. 3:20-cv-06106-DGE<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT NAPHCARE, INC.**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>February 27, 2025 |

　　　Plaintiff Gaven Picciano ("Picciano") and Defendant NaphCare, Inc. ("NaphCare") have reached a complete settlement of all claims Picciano has against NaphCare. The parties jointly move pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss with prejudice only those claims against NaphCare and without costs to either party. Voluntary dismissal of all claims against one or more defendants is proper under Rule 41(a)(2). *See Gen. Signal Corp. v. MCI Telecommc'ns Corp.*, 66 F.3d 1500, 1513 (9th Cir. 1995) ("Rule 41 is reserved for circumstances in which the result of the alleged dismissal is that one or all of the defendants are released from the action."), *cert. denied*, 516 U.S. 1146 (1996).

Joint Motion for Dismissal with Prejudice of Defendant NaphCare, Inc.
No. 3:20-cv-06106-DGE

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

180192503.2

Dated this 26th day of February, 2025

Respectfully submitted,

<div style="display: flex;">

<div>

*/s/ Conrad Reynoldson*
Conrad Reynoldson, WSBA #48187
Washington Civil & Disability Advocate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Tel.: (206) 428-3558
Tel.: (425) 466-7822
Conrad@wacda.com

Mary C. Vargas, *pro hac vice*
Michael S. Stein, *pro hac vice*
Stein & Vargas, LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: 240-793-3185
Fax: 888-778-4620
Mary.Vargas@steinvargas.com
Michael.Stein@steinvargas.com

Charles Weiner, *pro hac vice*
Law Office of Charles Weiner
99 Lantern Drive
Suite 202
Doylestown, PA 18901
Tel: (267)685-6311
Fax: (215)604-1507
charles@charlesweinerlaw.com

*Attorneys for Plaintiff Gaven Picciano*

</div>

<div>

*/s/ David A. Perez*
David A. Perez
Michelle L. Maley
Mason Y. Ji
Zachary E. Davison
Perkins Coie
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

*Attorneys for Defendant NaphCare, Inc.*

</div>

</div>

Joint Motion for Dismissal with Prejudice of Defendant NaphCare, Inc.
No. 3:20-cv-06106-DGE

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

180192503.2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I filed the above with the court's ECF system which sent notice of the electronic filing of the proceeding document to all following attorneys of record and assistants in this proceeding:

| Attorneys and Staff | Counsel for | Email Address |
|---|---|---|
| John E. Justice, WSBA #23042<br>Tam Truong<br>Tod Monroe | Clark County and Clark County Jail | jjustice@lldkb.com<br>tam@lldkb.com<br>Tmonroe@lldkb.com |
| David A. Perez, WSBA# 43959<br>Zachary E. Davison, WSBA# 47873<br>Michelle L. Maley, WSBA# 51318<br>Mason Y. Ji, WSBA# 58292<br>June Starr<br>Katrina Harbaugh<br>Rachel Hand<br>Carla Bone | NaphCare, Inc. | DPerez@perkinscoie.com<br>ZDavison@perkinscoie.com<br>MMaley@perkinscoie.com<br>Mji@perkinscoie.com<br>JStarr@perkinscoie.com<br>KHarbaugh@perkinscoie.com<br>RHand@perkinscoie.com<br>CBone@perkinscoie.com |
| Jerome R. Aiken, WSBA #14647<br>Pardies Roohani, WSBA #55452<br>Sheri A. Jones<br>Leslie Van Guse | Defendant Wellpath, LLC | aiken@mftlaw.com<br>roohani@mftlaw.com<br>jones@mftlaw.com<br>vanguse@mftlaw.com |

DATED this 26th day of February, 2025

*/s/ Conrad Reynoldson*
Conrad Reynoldson
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
206-428-3172

Joint Motion for Dismissal with Prejudice of Defendant NaphCare, Inc.
No. 3:20-cv-06106-DGE

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

180192503.2

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GAVEN PICCIANO,

    Plaintiff,

v.

CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC.,

    Defendants.

NO. 3:20-cv-06106-DGE

[PROPOSED] ORDER

The Court, having considered Plaintiff Gaven Picciano ("Picciano") and Defendant NaphCare, Inc.'s ("NaphCare") Joint Motion for Dismissal with Prejudice of NaphCare ("Joint Motion"), and being fully advised in the premises, now, therefore, it is hereby:

ORDERED that the Joint Motion is GRANTED and NaphCare is hereby dismissed from the case with prejudice.

DATED this_____ day of _____, 2025.

_____
HONORABLE DAVID G. ESTUDILLO

PROPOSED ORDER GRANTING JOINT MOTION
(No. 3:20-cv-06106-DGE) –1

168750760.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**Presented by:**

| | |
|---|---|
| *s/ Conrad Reynoldson* | */s/ David A. Perez* |
| Conrad Reynoldson, WSBA #48187 | David A. Perez |
| Washington Civil & Disability Advocate | Michelle L. Maley |
| 4115 Roosevelt Way NE, Suite B | Mason Y. Ji |
| Seattle, WA 98105 | Zachary E. Davison |
| Tel.: (206) 428-3558 | Perkins Coie |
| Tel.: (425) 466-7822 | 1201 Third Avenue, Suite 4900 |
| Conrad@wacda.com | Seattle, WA 98101-3099 |

***Attorneys for Defendant NaphCare, Inc.***

Mary C. Vargas, *pro hac vice*
Michael S. Stein, *pro hac vice*
Stein & Vargas, LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: 240-793-3185
Fax: 888-778-4620
Mary.Vargas@steinvargas.com
Michael.Stein@steinvargas.com

Charles Weiner, *pro hac vice*
Law Office of Charles Weiner
99 Lantern Drive
Suite 202
Doylestown, PA 18901
Tel: (267)685-6311
Fax: (215)604-1507
charles@charlesweinerlaw.com

***Attorneys for Plaintiff Gaven Picciano***

PROPOSED ORDER GRANTING JOINT MOTION
(No. 3:20-cv-06106-DGE) –2

168750760.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000