The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GAVEN PICCIANO,

    Plaintiff,

v.

CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC.,

    Defendants.

NO. 3:20-cv-06106-DGE

STIPULATED ORDER OF DISMISSAL

The Parties have stipulated that Plaintiff Gaven Picciano ("Picciano") and Defendant NaphCare, Inc. ("NaphCare") have reached a complete settlement of all claims Picciano has against NaphCare. (Dkt. No. 177 at 1.) The Court, having considered Picciano and NaphCare's Joint Motion for Dismissal with Prejudice of NaphCare (Dkt. No. 177), ORDERS that:

The Joint Motion is GRANTED and NaphCare is hereby DISMISSED from the case with prejudice.

Dated this 3rd day of March 2025.

_[signature]_

David G. Estudillo
United States District Judge

PROPOSED ORDER GRANTING JOINT MOTION
(No. 3:20-cv-06106-DGE) – 1

168750760.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| **Presented by:** | |
| *s/ Conrad Reynoldson* | */s/ David A. Perez* |
| Conrad Reynoldson, WSBA #48187 | David A. Perez |
| Washington Civil & Disability Advocate | Michelle L. Maley |
| 4115 Roosevelt Way NE, Suite B | Mason Y. Ji |
| Seattle, WA 98105 | Zachary E. Davison |
| Tel.: (206) 428-3558 | Perkins Coie |
| Tel.: (425) 466-7822 | 1201 Third Avenue, Suite 4900 |
| Conrad@wacda.com | Seattle, WA 98101-3099 |
| | |
| Mary C. Vargas, *pro hac vice* | ***Attorneys for Defendant NaphCare, Inc.*** |
| Michael S. Stein, *pro hac vice* | |
| Stein & Vargas, LLP | |
| 1717 K Street NW, Suite 900 | |
| Washington, DC 20006 | |
| Tel.: 240-793-3185 | |
| Fax: 888-778-4620 | |
| Mary.Vargas@steinvargas.com | |
| Michael.Stein@steinvargas.com | |
| | |
| Charles Weiner, *pro hac vice* | |
| Law Office of Charles Weiner | |
| 99 Lantern Drive | |
| Suite 202 | |
| Doylestown, PA 18901 | |
| Tel: (267)685-6311 | |
| Fax: (215)604-1507 | |
| charles@charlesweinerlaw.com | |

***Attorneys for Plaintiff Gaven Picciano***

PROPOSED ORDER GRANTING JOINT MOTION
(No. 3:20-cv-06106-DGE) –2

168750760.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000