1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

| | |
|---|---|
| GAVEN PICCIANO, | CASE NO. 3:20-cv-06106-DGE |
|         Plaintiff, | ORDER ON JOINT MOTION TO DISMISS PARTY WELLPATH (DKT. NO. 181) |
|    v. | |
| CLARK COUNTY, CLARK COUNTY JAIL, WELLPATH, LLC, and NAPHCARE, INC., | |
|         Defendant. | |

11

12

13

14

15

16

17       Plaintiff Gaven Picciano and Defendant Wellpath, LLC ("Wellpath") jointly move

18 pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss with prejudice only those claims

19 against Wellpath and without costs to either party.  (Dkt. No. 181 at 1) (citing *Gen. Signal Corp.*

20 *v. MCI Telecommc'ns Corp.,* 66 F.3d 1500, 1513 (9th Cir. 1995) ("Rule 41 is reserved for

21 circumstances in which the result of the alleged dismissal is that one or all of the defendants are

22 released from the action.").

23       The motion (Dkt. No. 181) is GRANTED and Wellpath is hereby DISMISSED from the

24 case with prejudice.

ORDER ON JOINT MOTION TO DISMISS PARTY WELLPATH (DKT. NO. 181) - 1

1

2      Dated this 27th day of June, 2025.

3

4

      David G. Estudillo

5      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON JOINT MOTION TO DISMISS PARTY WELLPATH (DKT. NO. 181) - 2