1  THE HONORABLE DAVID G. ESTUDILLO

2

3

4

5

6

7  **IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
8  **AT TACOMA**

9  GAVEN PICCIANO,

**NO.  3:20-cv-06106-DGE**
10                              Plaintiff,

**STIPULATION AND AGREED**
**ORDER OF DISMISSAL**
11            vs.

12  CLARK COUNTY,

13                              Defendant.

14  **I.    STIPULATION**

15

16       The parties to the above referenced case, through counsel, stipulate to an Order

17  dismissing the above captioned case with prejudice and without fees or costs to either party,

18  the matter having been resolved between them.

19       STIPULATED TO this 23rd day of September 2025.

20

21  LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

22  */s/ John E. Justice*

23  John E. Justice, WSBA No. 23042
Attorney for Defendant Clark County
24

25  Washington Civil & Disability Advocate

26  */s/ Conrad Reynoldson*

**STIPULATION AND AGREED ORDER OF**
**DISMISSAL** – 1

**Cause No.:  3:20-cv-06106-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1  Conrad Reynoldson, WSBA No. 48187
   Attorney for Plaintiff
2  Stein & Vargas, LLP

3  */s/ Mary C. Vargas*
   */s/ Michael S. Stein*
4  _____
   Mary C. Vargas, *pro hac vice*
5  Michael S. Stein, *pro hac vice*
   Attorneys for Plaintiff
6

7  Law Office of Charles Weiner

8  */s/ Charles Weiner*
   _____
9  Charles Weiner, *pro hac vice*
   Attorney for Plaintiff
10

11                    **II.    ORDER**

12          Pursuant to the stipulation of the parties, it is hereby ORDERED that all claims asserted

13  by and between the parties are DISMISSED with prejudice and without costs or attorney fees

14  to any party.

15          Dated this 23rd day of September 2025.

16

17

18

19

20  _____
    David G. Estudillo
21  United States District Judge

22

23

24

25

26

**STIPULATION AND AGREED ORDER OF**
**DISMISSAL** – 2

**Cause No.:  3:20-cv-06106-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1

## CERTIFICATE OF FILING & SERVICE

2        I certify under penalty of perjury under the laws of the United States of America and the

3  State of Washington that on the date specified below, I electronically filed the foregoing with

4  the Clerk of the Court using the CM/ECF system, which constitutes service on the following

5  parties under LCR 5 as follows:

6
7  ***Counsel for Plaintiff:***

8  Conrad Reynoldson                          Mary C. Vargas, admitted *pro hac vice*
   Washington Civil & Disability Advocate     Stein & Vargas, LLP
9  4115 Roosevelt Way NE, Suite B             12 E Frederick Street
   Seattle, WA 98105                          Walkersville, MD 21793
10 Conrad@wacda.com                           Mary.Vargas@steinvargas.com

11 Michael Stein, admitted *pro hac vice*      Charles Weiner, admitted *pro hac vice*
   Stein & Vargas, LLP                        Law Office of Charles Weiner
12 1717 K Street NW, Suite 900                99 Lantern Drive, Suite 202
   Washington, DC 20006                       Doylestown, PA 18901
13 michael.stein@steinvargas.com              charles@charlesweinerlaw.com

14       DATED this 23rd day of September, 2025, at Tumwater, WA.

15

16                                           */s/ Tam Truong*
                                            Tam Truong, Legal Assistant
17

18

19

20

21

22

23

24

25

26

**STIPULATION AND AGREED ORDER OF
DISMISSAL** – 3

**Cause No.:  3:20-cv-06106-DGE**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*